



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**
Plaintiff,
v.

Jack Lee TOTH,

Defendant.

Magistrate Docket No. 25-mj-05188

COMPLAINT FOR VIOLATION OF:
Title 18 U.S.C. § 1382 – Trespass Upon Military Installation (Misdemeanor)

The undersigned complainant being, duly sworn, states:

On or about September 18, 2025, within the Southern District of California, at Marine Corps Base Camp Pendleton, California, within the jurisdiction of this Court and the special territorial jurisdiction of the United States, defendant Jack Lee Toth, did go upon a military installation for a purpose prohibited by law or regulation; in violation of Title 18, United States Code, Section 1382, a misdemeanor.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Thomas Hubbs
U.S. Marine Corps, Criminal Investigation Division Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON September 22, 2025.

HON. MICHELLE M. PETTIT
United States Magistrate Judge

**AMENDED PROBABLE CAUSE STATEMENT**

I, Agent Thomas Hubbs, Sergeant, U.S. Marine Corps, Criminal Investigation Division, declare under penalty of perjury, the following is true and correct:

On September 18, 2015, at approximately 10:00 PM, two fully crewed United States Marine Corps, CH-53 "Sea Stallion" helicopters flying under callsigns "Wolfpack 2-1" and "Wolfpack 2-2" were in the vicinity of Confined Area Landing ("CAL") Zone 20 aboard Marine Corps Base Camp Pendleton. Marine Corps Base Camp Pendleton is lawfully regulated in accordance with Department of Defense Instruction 5200.08 and Marine Corps Order 5330.14A and is within the Southern District of California. Wolfpack 2-1 was touched down with rotors running and Wolfpack 2-2 was hovering at a low altitude above CAL Zone 20 helicopter pad. CAL Zone 20 is within the posted limits of Marine Corps Base Camp Pendleton.

At approximately 10:00 PM, a crew member aboard Wolfpack 2-2 observed an individual carrying a lit flare approaching Wolfpack 2-1. The individual, later identified as Jack Lee TOTH ("TOTH"), a United States Citizen, approached and attempted to board the aircraft. A crew member aboard Wolfpack 2-1 observed TOTH within the rotor arc of the aircraft approaching the rear ramp. Crew members directed TOTH to go away and Wolfpack 2-1 took off at a moment that TOTH was at a safe distance for takeoff.

The Provost Marshall's Office responded to the scene of CAL Zone 20 and found TOTH in the vicinity of the landing zone. In a post-arrest statement after being apprised of his *Miranda* rights, TOTH admitted that he was at a rest area near the landing zone when he observed the helicopters. According to TOTH, the State Department sent "radio waves" to his head, telling him to light a flare and board the aircraft. TOTH was arrested at approximately 10:30 PM. An unlit flare that appeared to have been previously discharged was found on TOTH's person. Agents from Criminal Investigative Division later seized another discharged flare from the vicinity of the CAL Zone 20 helicopter pad.

At the time of his arrest, a U.S. District Court summons was found on TOTH's person. According to Marine Corps database records and reports, TOTH has previously been excluded from Marine Corps Base Camp Pendleton for trespassing on at least three occasions: September 4, 2022; September 5, 2023; and May 27, 2025. The summons found on TOTH's person correlated to a May 27, 2025, citation for trespassing. According to reports, during TOTH's arrest on May 27, 2025, TOTH admitted to knowingly being aboard Camp Pendleton without authorization.

TOTH was arrested and charged with a violation of Title 18, United States Code, 1382, trespass upon a military installation. TOTH has been booked into the San Diego Metropolitan Correction Center.

**PROBABLE CAUSE STATEMENT**

I, Agent Thomas Hubbs, Sergeant, U.S. Marine Corps, Criminal Investigation Division, declare under penalty of perjury, the following is true and correct:

On September 18, 2015, at approximately 10:00 PM, two fully crewed United States Marine Corps, CH-53 "Sea Stallion" helicopters flying under callsigns "Wolfpack 2-1" and "Wolfpack 2-2" were in the vicinity of Confined Area Landing ("CAL") Zone 20 aboard Marine Corps Base Camp Pendleton. Marine Corps Base Camp Pendleton is lawfully regulated in accordance with Department of Defense Instruction 5200.08 and Marine Corps Order 5330.14A and is within the Southern District of California. Wolfpack 2-1 was touched down with rotors running and Wolfpack 2-2 was hovering at a low altitude above CAL Zone 20 helicopter pad. CAL Zone 20 is within the posted limits of Marine Corps Base Camp Pendleton.

At approximately 10:00 PM, a crew member aboard Wolfpack 2-2 observed an individual carrying a lit flare approaching Wolfpack 2-1. The individual, later identified as Jack Lee TOTH ("TOTH"), a United States Citizen, approached and attempted to board the aircraft. A crew member aboard Wolfpack 2-1 observed TOTH within feet of the aircraft. Crew members directed TOTH to go away and Wolfpack 2-1 took off at a moment that TOTH was at a safe distance for takeoff.

The Provost Marshall's Office responded to the scene of CAL Zone 20 and found TOTH in the vicinity of the landing zone. In a post-arrest statement after being apprised of his *Miranda* rights, TOTH admitted that he was at a rest area near the landing zone when he observed the helicopters. According to TOTH, the State Department sent "radio waves" to his head, telling him to light a flare and board the aircraft. TOTH was arrested at approximately 10:30 PM. An unlit flare that appeared to have been previously discharged was found on TOTH's person. Agents from Criminal Investigative Division later seized another discharged flare from the vicinity of the CAL Zone 20 helicopter pad.

At the time of his arrest, a U.S. District Court summons was found on TOTH's person. According to Marine Corps database records and reports, TOTH has previously been excluded from Marine Corps Base Camp Pendleton for trespassing on at least three occasions: September 4, 2022; September 5, 2023; and May 27, 2025. The summons found on TOTH's person correlated to a May 27, 2025, citation for trespassing. According to reports, during TOTH's arrest on May 27, 2025, TOTH admitted to knowingly being aboard Camp Pendleton without authorization.

TOTH was arrested and charged with a violation of Title 18, United States Code, 1382, trespass upon a military installation.  TOTH has been booked into the San Diego Metropolitan Correction Center.

Executed on September 20, 2025, at 1439

Thomas Hubbs, CID Agent

Sergeant, U.S. Marine Corps

On the basis of the facts presented in this probable cause statement consisting of 2 pages, I find probable cause to believe the defendant, Jack Lee TOTH, named in this probable cause statement, committed the offense on September 18, 2025, in violation of Title 18 USC 1382, Trespass Upon a Military Installation.

Hon. Michelle M. Pettit

United States Magistrate Judge

September 20, 2025 / 4:15 p.m.

Date/Time